CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
R tu

JUN 0 6 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER A. BARRETT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00320 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| SOUTHWEST VIRGINIA | ) | |
| REGIONAL JAIL, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and

**ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28

U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be

**STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This ___6th___ day of June, 2006.

Senior United States District Judge